UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| vs. | ) ) | Case No. 4:15CR544 JAR |
| RAYNARD DAVISON, | ) ) ) |  |
| Defendant. | ) |  |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge John M. Bodenhausen (Doc. No. 40).

On September 7, 2017, Defendant Davison filed a Motion to Suppress Evidence and Statements (Doc. No. 19) and a Motion to Compel Disclosure of the Confidential Informant's Identity, or in the Alternative to Produce the Informant at an In Camera Hearing (Doc. No. 20). Pursuant to 28 U.S.C. § 636(b), the matter was referred to United States Magistrate Judge John M. Bodenhausen, who filed a Memorandum, Recommendation and Order on December 6, 2017 (Doc. No. 40). Defendant Davison filed objections to the Report and Recommendation on January 10, 2018 (Doc. No. 46).

The Magistrate Judge recommends that Defendant's Motion to Suppress Evidence and Statements and Motion to Compel Disclosure of Confidential Informant's Identity be denied. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [40] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence and Statements [19] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Compel Disclosure of Confidential Informant's Identity [20] is **DENIED** without prejudice.

Dated this 19th day of January, 2018.

**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**